Michael E. Cardoza, Esq. (SBN 52264)
Jacqueline C. Fagerlin, Esq. (SBN 187732)
Tiffany O'Connor, Esq. (SBN 232507)
**THE CARDOZA LAW OFFICES**
1220 Oakland Blvd., Suite 200
Walnut Creek, California 94596
Telephone: (925) 274-2900
Facsimile: (925) 274-2910
Attorneys for Plaintiffs, JANNAH PRADO and RON LINVILLE.

Philip B. Price, Esq. (SBN 32620)
**PRICE & BROWN**
466 Vallombrosa Ave.
Chico, California 95927
Telephone (530) 343-4412
Facsimile: (530) 343-7251
Attorneys for Defendants, COUNTY OF SISKIYOU, RICK RIGGINS, individually and as SHERIFF OF SISKIYOU COUNTY, NATHAN MENDES, MACK MCDONALD, and DOES 1 through 50, inclusive.

## UNITED STATE DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANNAH PRADO, RON LINVILLE; | Case No. 2:08-CV-01835-GEB-CMK |
| Plaintiffs, | **STIPULATION and PROPOSED ORDER EXTENDING EXPERT DISCLOSURE AND REBUTTAL EXPERT DEADLINES** |
| vs. | |
| COUNTY OF SISKIYOU, RICK RIGGINS, individually and as SHERIFF OF SISKIYOU COUNTY, NATHAN MENDES, MACK MCDONALD; and DOES 1 through 50, inclusive, | |
| Defendants. | |

**Stipulation and Proposed Order Extending Expert Disclosure**

THE UNDERSIGNED PARTIES, including all parties to the above entitled action, through counsel, stipulate and agree and hereby respectfully request modification of the court's Status (Pre-Trial Scheduling) Order based on good cause as discussed herein.

In the court's Status (Pre-Trial Scheduling) Order, it ordered that all experts to be tendered at trial shall be designated in writing and served upon all other parties not later than July 27, 2009. At that time expert reports are to be exchanged. The order also set August 27, 2009 as the date any rebuttal expert disclosure must be exchanged.

Philip Price, attorney for Defendants, has a scheduled surgery date of July 8, 2009. Mr. Price will require approximately three weeks to recover. This recovery period directly conflicts with the current expert disclosure date set by the court and may cause defendants attorney to have a difficult time completing expert disclosure by the date set by the court.

Additionally, attorney for Plaintiffs, Jacqueline Fagerlin, is scheduled to attend seven noticed depositions and two court appearances between June 8, 2009 and June 25, 2009. Ms. Fagerlin is also scheduled to begin trial in *Kern v. Norcal Gold, Inc* (Sacramento County Superior Court, Case Number 2387269) on June 30, 2009. This trial is expected to last for approximately two weeks and will thus end only two weeks before the current expert disclosure date.

Prior to learning of Mr. Price's surgery, plaintiffs suggested deposition dates for the named defendants during Mr. Price's three-week recovery period. As a result of Mr. Price's surgery and recovery period, and Ms. Fagerlin's trial, deposition, and court appearances scheduled, plaintiffs and defendants will not be able to complete the necessary depositions prior to the current expert disclosure date.

The designation and preparation of expert reports requires that both plaintiffs' and defendants' expert witness have access to a complete record of discovery, including depositions of all parties. Because of the status of defendants' attorney's scheduled surgery and recovery period and plaintiffs' attorney's trial schedule as discussed above, neither party will have an adequate opportunity to have all necessary discovery completed prior to the expert disclosure deadline.

1  The parties therefore jointly propose that the court's Status (Pre-Trial Scheduling) Order be
2  modified so that the date on which expert designations and reports are to be exchanged by the
3  parties shall be extended thirty-six (36) days, and the names of experts designated by the parties filed
4  with the court no later than September 1, 2009. The parties further request that the rebuttal expert
5  deadline be extended thirty-five (35) days until October 1, 2009.
6  The proposed modification will not change the date on which discovery must be completed,
7  November 30, 2009.
8  No party had made a prior request for modification of the court's Status (Pre-Trial
9  Scheduling) Order.

10                              Respectfully Submitted,
11  STIPULATED AND AGREED:
12
13  Dated: June 4, 2009            THE CARDOZA LAW OFFICES
14
15                                 By: */s/ Jacqueline C. Fagerlin*
                                       Jacqueline C. Fagerlin, Esq.
16                                     Attorney for Plaintiffs
                                       Email: jfagerlin@cardolaw.com
17
18  Dated: June 4, 2009            PRICE AND BROWN
19
20                                 By: */s/ Philip B. Price*
                                       Philip B. Price, Esq.
21                                     Attorney for Defendants
                                       Email: philpblaw@sunset.net
22
23
24
25
26
27
28

**Stipulation and Proposed Order Extending Expert Disclosure**            3

## [PROPOSED] ORDER

Pursuant to stipulation, good caused based on the necessity of the parties' experts to have a complete record of discovery, including completion of all depositions, and for expert witnesses to be fully prepared upon designation and exchange of expert reports in compliance with the court's Status (Pre-Trial Scheduling) Order, the court hereby grants the parties' stipulation and orders the following modifications to the Status (Pre-Trial Scheduling) Order in the above noted matter:

1. The deadline by which Expert Witness Designations and reports shall be exchanged shall be extended by thirty-six (36) days and filed with the court not later than September 1, 2009.

2. The deadline by which Expert Rebuttal Witness Designations and reports shall be exchanged shall be extended by thirty-five (35) days and filed with the court not later than October 1, 2009.

3. No other date shall be affected by the court's modification with this Status (Pre-Trial Scheduling) Order.

IT IS SO ORDERED.

Dated: June 8, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

**Stipulation and Proposed Order Extending Expert Disclosure**        4