IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANNAH PRADO, RON LINVILLE,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SISKIYOU, RICK RIGGINS, individually and as SHERIFF OF SUSKIYOU COUNTY, NATHAN MENDES, and MACK MCDONALD,<br><br>Defendants. | 2:08-cv-01835-GEB-CMK<br><br><u>ORDER RE: SETTLEMENT AND DISPOSITION</u> |

On January 5, 2010 Defendants filed a Notice of Settlement in which they state this action is settled. Therefore, a dispositional document shall be filed no later than January 26, 2010. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. <u>See</u> L.R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

In light of the settlement, all pending motions are deemed withdrawn. However, the March 29, 2010 final pretrial conference remain scheduled in the event that no dispositional

1

document is filed, or if this action is not otherwise dismissed. Further, a joint pretrial statement shall be filed seven days prior to the conference.[1]

IT IS SO ORDERED.

Dated: January 5, 2010

GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The final pretrial conference will remain on calendar, because the mere representation that a case is settled does not justify removal of the case from a district court's trial docket. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).